IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WRIGHT JR., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEP'T OF JUSTICE ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES ) <br> ) <br> Defendant(s). ) <br> ) | No. C 09-2204 CRB (PR) <br><br> ORDER |

Defendant has filed a motion for summary judgment in this pro se prisoner action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than January 4, 2010 and defendant shall file a reply to any opposition within 15 days thereafter.

The hearing on the motion set for January 8, 2010 is VACATED.

SO ORDERED.

DATED: Dec. 4, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\OTHER.09\Wright, R1.or1.wpd