UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WRIGHT JR, <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES et al, <br><br> Defendant. / | Case Number: CV09-02204 CRB <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Edward Wright E-65871
Shasta Hall A-Side/238 U
Highway 101 North P.O. Box 686
Soledad, CA 93960-0686

Dated: December 7, 2009

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk