IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WRIGHT JR, | No. C 09-2204 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES, et al, | |
| Defendants. | |

The Court, having granted Defendant ATF's Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 18, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2204\Judgment.wpd