IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD WRIGHT JR,<br><br>    Plaintiff,<br><br>  v.<br><br>BUREAU OF ALCOHOL TOBACCO FIREARMS AND EXPLOSIVES, et al,<br><br>    Defendants.<br>_____/ | No. C 09-2204 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendant ATF's Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 18, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2204\Judgment.wpd